UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In Re:

GERALD THOMPSON,

                Debtor.

---------------------------------------------------------x

Chapter 13

Case No. 18-11661-CGM-13

# TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Thomas C. Frost, Trustee of the estate of the above-named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

| CLAIMANT NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| GERALD THOMPSON<br>2566 YOUNG AVENUE<br>BRONX, NY 10469 | $0.20 |

    Trustee check number 682295 has been issued to the Clerk of the Court in the sum of $0.20. This amount represents the total of the aforesaid unclaimed dividend.

Dated: February 20, 2024
       White Plains, New York

                                                      Respectfully submitted,
                                                      */s/ Thomas C. Frost*
                                                      THOMAS C. FROST
                                                      Standing Chapter 13 Trustee, SDNY
                                                      399 Knollwood Road, Suite 102
                                                      White Plains, NY 10603
                                                      (914) 328-6333