### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Gerald Thompson                    CASE NO.: 18−11661−pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  13
xxx−xx−0683

---

### ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Thomas C. Frost is discharged as trustee of the estate and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 28, 2024

Philip Bentley, Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

In re:                                                                          Case No. 18-11661-pb

Gerald Thompson                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: 149 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gerald Thompson, 2566 Young Ave, Bronx, NY 10469-5620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Krista M. Preuss | on behalf of Trustee Krista M. Preuss info@ch13kp.com  kpreuss13@ecf.epiqsystems.com |
| Scott J. Goldstein | on behalf of Debtor Gerald Thompson scott@wg-attorneys.com goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net;sgoldste0279@recap.email |
| Thomas C. Frost | on behalf of Trustee Thomas C. Frost info@FrostSDNY13.com  tfrost13@ecf.epiqsystems.com |
| Thomas C. Frost | info@FrostSDNY13.com  tfrost13@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 5